1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:  (619) 232-4261
5 | FACSIMILE:  (619) 232-4840

6 | Attorneys for Defendants
GE Money Bank and J.C. Penney Company, Inc.
7

FILED
2008 JUL 25 AM 9:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HELENA KOZYRA,

    Plaintiff,

vs.

GE MONEY BANK; J.C. PENNEY COMPANY, INC.; and DOES 1 through 10, inclusive,

    Defendants.

CASE NO. 08 CV 1344 DMS RBB

Action Date:   June 11, 2007

NOTICE OF REMOVAL OF CIVIL ACTION

[Pursuant to 2. U.S.C. § 1441(b)]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants GE Money Bank and J.C. Penney Company, Inc. hereby remove to the United States District Court, Southern District of California, San Diego County, Superior Court Case No. 37-2008-00085480 CU-BT-CTL (the "State Action").

Removal is based upon federal question jurisdiction in that the State Action is an action that the United States District Court would have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States, without regard to the citizenship or residence of the parties. (28 U.S.C. §1441(b).)

///

Attached hereto collectively as Exhibit A is the entirety of the State Court file. No further proceedings have been had or documents filed in the Superior Court for the County of San Diego.

This Notice of Removal is timely in that it has been filed within thirty (30) days of Defendants' receipt of the Summons and Complaint.

**Removal Is Proper Based on Diversity Jurisdiction.**

Plaintiff HELENA KOZYRA alleges causes of action against Defendants based on alleged violations of the Fair Credit Reporting Act (15 U.S.C. §1681s-2(b)), the Fair Debt Collection Practices Act (15 U.S.C. §1692, *et seq.*), the Rosenthal Fair Debt Collection Practices Act, Negligence, Declaratory and Injunctive Relief. KOZYRA's claim under the Fair Credit Reporting Act may be maintained in any appropriate United States District Court. (15 U.S.C. §1681p.) In addition, KOZYRA's claim under the Fair Debt Collection Practices Act may be maintained in any appropriate United States District Court. (15 U.S.C. §1692k(d).)

WHEREFORE, pursuant to 28 U.S.C. §1441, Defendants GE Money Bank and J.C. Penney Company, Inc. remove this case from the Superior Court of the State of California in and for the County of San Diego to the United States District Court for the Southern District of California.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: July 25, 2008     By: _____
Maria C. Roberts
Ronald R. Giusso
Attorneys for Defendants
GE Money Bank and J.C. Penney Company, Inc.

**EXHIBIT A**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GE MONEY BANK; J.C. PENNEY COMPANY, INC.; and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
HELENA KOZYRA,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
Clerk of the Superior Court
JUN 11 2008
By: R. TAYLOR, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court, San Diego, Central
330 West Broadway
San Diego, California 92101

CASE NUMBER: 37-2008-00085460-CU-BT-CTL
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Douglas Jaffe, Esq.
402 West Broadway, 4th Floor, San Diego, CA 92101   (619) 595-4861

DATE: JUN 11 2008    Clerk, by RUSSELL TAYLOR, Deputy
*(Fecha)*                *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*<br>Douglas Jaffe, Esq. #170354<br>402 West Broadway, 4th Floor<br>San Diego, CA 92101 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 619-595-4861    FAX NO.: 619-595-4862 | |
| ATTORNEY FOR *(Name):* Kozyra | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS:
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

CASE NAME:
Kozyra v. GE Money Bank

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2008-00085460-CU-BT-CTL |
|---|---|---|
| [✓] Unlimited   [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [✓] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
         issues that will be time-consuming to resolve            in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence           f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify):* 6
5. This case [ ] is  [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 6/9/08
Douglas Jaffe, Esq.
(TYPE OR PRINT NAME)                                      ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Douglas Jaffe, Esq.   #170354<br>402 West Broadway, 4th Floor<br>San Diego, CA 92101 | |
| TELEPHONE NO. (Optional):         FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  Kozyra | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| PLAINTIFF(S)<br>Helena Kozyra | |
|---|---|
| DEFENDANT(S)<br>GE Money Bank, et. al. | JUDGE: Anello |
| **CERTIFICATE OF SERVICE**<br>(San Diego Superior Court Rules, Division II, Rule 2.5) | DEPT: 72 |
| | CASE NUMBER<br>37-2008-85460-CU-BT-CTL |

I certify under penalty of perjury under the laws of the State of California that all defendants named in the complaint of the above-entitled case have either made a general appearance or have been properly and timely served in compliance with San Diego Superior Court Rules, Division II, Rule 2.5.

Date: 7/3/08

Signature: _____

Douglas Jaffe, Esq.
Typed or printed name

NOTES:

If service cannot be effected on all defendants within 60 days of filing the complaint, DO NOT USE THIS CERTIFICATE, but file the form CERTIFICATE OF PROGRESS (SDSC CIV-144) stating the reasons why service has not been effected on all parties and what is being done to effect service.

THE FILING OF A GENERAL APPEARANCE BY A DEFENDANT DOES NOT DISPENSE WITH THE PLAINTIFF'S OBLIGATION TO FILE THIS DOCUMENT.

CIV-345(Rev. 8-02)                    **CERTIFICATE OF SERVICE**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 West Broadway |
| MAILING ADDRESS: | 330 West Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 685-6151 |

| PLAINTIFF(S) / PETITIONER(S): | Helena Kozyra |
|---|---|
| DEFENDANT(S) / RESPONDENT(S): | GE Money Bank et.al. |

KOZYRA VS. GE MONEY BANK

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2008-00085460-CU-BT-CTL |
|---|---|

Judge: Michael M. Anello                    Department: C-72

COMPLAINT/PETITION FILED: 06/10/2008

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

SDSC CIV-721 (Rev. 11-06)                    NOTICE OF CASE ASSIGNMENT                    Page: 1

DOUGLAS JAFFE, ESQ. Bar No. 170354
LAW OFFICES OF DOUGLAS JAFFE
402 West Broadway, 4th Floor
San Diego, California 92101
Telephone: (619) 595-4861
Facsimile: (619) 595-4862

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN DIEGO – CENTRAL

| | |
|---|---|
| HELENA KOZYRA,<br><br>    Plaintiff,<br><br>vs.<br><br>GE MONEY BANK; J.C. PENNEY COMPANY, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 37-2008-00085460-CU-BT-CTL<br><br>COMPLAINT<br><br>1) Violation Of Fair Credit Reporting Act<br>2) Violation of Fair Debt Collection Practices Act<br>3) Violation of Rosenthal Fair Debt Collection Practices Act<br>4) Negligence<br>5) Declaratory Relief<br>6) Injunctive Relief<br><br>UNLIMITED CIVIL JURISDICTION |

COMES NOW Helena Kozyra ("Plaintiff"), by and through her undersigned attorneys, and alleges as follows:

1

Complaint

## GENERAL ALLEGATIONS

1. Plaintiff is an individual residing in the county of San Diego.

2. On information and belief, GE Money Bank an unknown entity doing business in the State of California located at P.O. Box 981131, El Paso, Texas 79998 ("GE").

3. On information and belief, J.C. Penney Company, Inc. is a corporation doing business in the State of California located at 6501 Legacy Drive, Plano, Texas 75024 ("JC Penney").

4. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants Does 1 through 10 are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff will amend this complaint to show their true names and capacities when they have been ascertained. Plaintiff alleges that each of the fictitiously named Defendants engaged in the actions and omissions hereinafter alleged and that each is fully liable for all the damages requested herein.

5. This Court has personal and subject matter jurisdiction over this action and venue is properly placed in this Court.

6. Defendants are, and at all times herein were, debt collectors.

7. Defendants are persons, which includes a corporation, who use instrumentalities of interstate commerce or the mails in a business the purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or asserted to be owed or due another.

8. Plaintiff is a natural person from whom Defendants have sought and seek to collect a consumer debt alleged to be due and owing from Plaintiff.

## STATEMENT OF THE CASE

9. On September 30, 2006, Plaintiff made a jewelry purchase from JC Penney in the amount of $2,176.54.

10. JC Penney offered to have Plaintiff's jewelry purchase put on a JC Penney credit account. Plaintiff accepted and the jewelry purchase was put on a JC Penney credit account known as account number 349-531-654-3 (the "Account").

11. The Account statements received by Plaintiff indicate that the Account is serviced by GE.

12. On October 20, 2006, Plaintiff returned the jewelry to JC Penney. Plaintiff has the written receipt from JC Penney reflecting the return of the jewelry to JC Penney and the receipt indicates that the Account would be credited for the full amount of the jewelry purchase in the amount of $2,76.54 (the "Credit").

13. Defendant's Account Statement dated October 25, 2006 reflects the Credit.

14. Defendant subsequently and improperly began demanding the jewelry purchase amount from Plaintiff, plus interest and fees, and subsequently and began sending Account statements to Plaintiff which improperly demanded the jewelry purchase amount from Plaintiff, plus interest and fees.

15. Plaintiff disputed, both verbally and in writing, Defendant's improper demand for the jewelry purchase amount from Plaintiff, plus interest and fees, and Defendant's improper Account statements, which improperly demanded the jewelry purchase amount from Plaintiff, plus interest and fees.

16. Despite due demand, Defendant have continued their improper debt collection with regard to the Account.

17. Defendants have improperly engaged in negative credit reporting to the credit reporting agencies regarding Plaintiff and the Account.

18. Plaintiff's credit score has been negatively impacted by Defendant's inaccurate credit reporting. The negative impact by Defendants on Plaintiff's credit score has interfered with Plaintiff's ability to access credit.

## FIRST CAUSE OF ACTION
(Violation of Fair Credit Reporting Act)

19. Plaintiff incorporates by this reference the foregoing paragraphs.

20. Plaintiff contacted the major credit reporting agencies and disputed Defendants' credit reporting.

21. As the furnisher of the disputed information, Defendants had duties under the Fair Credit Reporting Act to properly investigate the disputed information.

22. Defendants failed to conduct such a proper investigation.

23. By reason of the foregoing, Defendants have violated the Fair Credit Reporting Act, 15 U.S.C. section 1681s-2(b).

24. By reason of the foregoing, Plaintiff is entitled to damages in an amount to be determined at trial, plus interest, costs, penalties, damages for emotional distress, attorneys' fees and punitive damages as provided in the Fair Credit Reporting Act, 15 U.S.C. section 1681n and 1681o.

## SECOND CAUSE OF ACTION
(Violation of Fair
Debt Collection Practices Act)

25. Plaintiff incorporates by this reference the foregoing paragraphs.

26. Any amount allegedly owed by Plaintiff to Defendants is debt pursuant to 15 U.S.C. section 1692a(5).

27. Defendants have used false, deceptive or misleading representations or means in connection with the collection of a debt in violation of 15 U.S.C. section 1692e.

28. Defendants have threatened to take action that cannot be legally taken or that was not intended to be taken in violation of 15 U.S.C. section 1692e(5).

29. Defendants have used false representations or deceptive means to collect or attempt to collect a debt from Plaintiff in violation of 15 U.S.C. section 1692e(10).

30. Defendants have used unfair or unconscionable means to collect or attempt to collect a debt from Plaintiff in violation of 15 U.S.C. section 1692f.

31. Plaintiff has demanded Defendants cease their improper debt collection practices.

32. Defendants have failed and refused to cease its improper debt collection practices.

33. Defendants have made false representations, engaged in unlawful conduct and unfair practices and made threats in violation of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et. seq.

34. By reason of the foregoing, Defendants willfully violated the Fair Debt Collection Practices Act, 15 U.S.C. section 1692, et seq.

35. By reason of the foregoing, Plaintiff has sustained damages in an amount to be determined at trial, plus interest, costs, damages for emotional distress, and attorneys' fees.

36. By reason of the foregoing, Plaintiff is entitled to damages, damages for emotional distress, penalties, and attorneys' fees pursuant to 15 U.S.C. section 1692k.

### THIRD CAUSE OF ACTION
(Violation of Rosenthal Fair
Debt Collection Practices Act)

37. Plaintiff incorporates by this reference the foregoing paragraphs.

38. Defendants have failed and refused to cease their improper debt collection practices.

39. Defendants have made false representations in violation of Civil Code section 1788.17.

40. Defendants have engaged in unlawful conduct and made threats in violation of Civil Code section 1788.10.

41. By reason of the foregoing, Defendants willfully violated the Rosenthal Fair Debt Collection Practices Act, Civil Code 1788, et seq.

42. By reason of the foregoing, Plaintiff has sustained damages in an amount to be determined at trial, plus interest, costs, damages for emotional distress, and attorneys' fees.

43. By reason of the foregoing, Plaintiff is entitled to damages, damages for emotional distress, penalties, and attorneys' fees pursuant to Civil Code section 1788.30.

## FOURTH CAUSE OF ACTION
(Negligence)

44. Plaintiff incorporates by this reference the foregoing paragraphs.

45. Defendants had a duty to reasonably and properly conduct its collection efforts regarding Plaintiff.

46. Defendants failed to reasonably and properly conduct its collection efforts regarding Plaintiff.

47. By reason of the foregoing, Plaintiff has sustained damages in an amount to be determined at trial, plus interest, costs and damages for emotional distress.

## FIFTH CAUSE OF ACTION
(Declaratory Relief)

48. Plaintiff incorporates by this reference each of the previous paragraphs.

49. There is an actual controversy between the parties.

50. A judicial determination is required. Defendants have taken the position that Plaintiff was late in payments regarding the Account and that reporting the Account to the credit reporting agencies with late payments by Plaintiff was proper. Plaintiff has taken the position that Plaintiff was not late in payments regarding the Account and that reporting the Account to the credit reporting agencies with late payments by Plaintiff was improper.

## SIXTH CAUSE OF ACTION
(Injunctive Relief)

51. Plaintiff incorporates by this reference each of the previous paragraphs.

52. Injunctive relief is necessary to stop Defendants' improper debt collection and ordering Defendants to correct their credit reporting regarding Plaintiff and the Account.

WHEREFORE, Plaintiff prays as follows:

a) For damages according to proof;

b) For emotional distress;

c) For interest according to proof;

d) For declaratory relief;

e) For injunctive relief;

f) For punitive damages;

g) For costs, disbursements and reasonable attorneys' fees as provided in any agreement between the parties, any statute or otherwise; and

h) For such other and further relief as the Court deems just and proper.

Dated: June 9, 2008

LAW OFFICES OF DOUGLAS JAFFE

_____
Douglas Jaffe

OJS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Helena Kozyra

## DEFENDANTS
GE Money Bank; J.C. Penney Company, Inc.

2008 JUL 25 AM 9:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**08 CV 1344 DMS RBB**

**(b)** County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Douglas Jaffe
Law Offices of Douglas Jaffe
402 West Broadway, 4th Floor
San Diego, CA 92101
(619) 595-4861

Attorneys (If Known)
Maria C. Roberts
Ronald R. Giusso
Attorneys for GE Money Bank & J.C. Penney Company, Inc.
SHEA STOKES ROBERTS & WAGNER, ALC
510 Market Street, Third Floor
San Diego, CA 92101
(619) 232-4261

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sections 1331, 1332, 1441

Brief description of cause:
Fair Debt Collection Practices

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Greater than $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: July 25, 2008
SIGNATURE OF ATTORNEY OF RECORD
Ronald R. Giusso

**FOR OFFICE USE ONLY**
RECEIPT # 153344  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Jac 7/25/08

American LegalNet, Inc.  www.USCourtForms.com

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 153346    - TC
       * * C O P Y * *
         July 25, 2008
            09:36:23


        Civ Fil Non-Pris
USAO #.: 08CV1344
Judge..: DANA M SABRAW
Amount.:              $350.00 CK
Check#.: BC20947



     Total->   $350.00



FROM: HELENA KOZYRA
      VS
      GE MONEY BANK
```