MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:  (619) 232-4261
FACSIMILE:  (619) 232-4840

Attorneys for Defendants
GE Money Bank and J.C. Penney Company, Inc.

FILED
2008 JUL 25 AM 9:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENA KOZYRA,<br><br>          Plaintiff,<br><br>vs.<br><br>GE MONEY BANK; J.C. PENNEY COMPANY, INC.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 08 CV 1344 DMS RBB<br><br>Action Date:   June 11, 2008<br><br>CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |

I, the undersigned, declare that:

I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, State of California, where the within mailing occurs, and my business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

I further declare that I am readily familiar with Shea Stokes Roberts & Wagner's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

/ / /

---

4834-9398-7842.1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I caused to be served this 25th day of July 2008, the following documents:

1. **CIVIL COVER SHEET;**

2. **NOTICE OF REMOVAL OF CIVIL ACTION;**

3. **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF REMOVAL;** and

4. **NOTICE OF PARTY WITH FINANCIAL INTEREST.**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Douglas Jaffe, Esq.
> Law Offices of Douglas Jaffe
> 402 West Broadway, 4th Floor
> San Diego, CA 92101
> (619) 595-4861– Telephone
> (619) 595-4862 – Facsimile
> ATTORNEY FOR PLAINTIFF HELENA KOZYRA

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Code of Civil Procedure Section 1013(a). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit in the United States Postal Service this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was executed on July 25, 2008 at San Diego, California.

*/s/ Wendy Roan*
Wendy Roan

4834-9398-7842.1 -2- CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT