1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

6 | Attorneys for Defendants
GE Money Bank and J.C. Penney Company, Inc.
7 |

**FILED**

**2008 JUL 25  AM 9: 36**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8 |                UNITED STATES DISTRICT COURT

9 |              SOUTHERN DISTRICT OF CALIFORNIA

10 |

11 | HELENA KOZYRA,                    CASE NO.  '08  CV 1 3 4 4 DMS RBB

12 |          Plaintiff,              Action Date:    June 11, 2008

13 | vs.                              NOTICE OF PARTIES WITH FINANCIAL
                                     INTEREST
14 | GE MONEY BANK; J.C. PENNEY
COMPANY, INC.; and DOES 1 through 10,
15 | inclusive,

16 |          Defendants.

17 |

18 |       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2,

19 | Defendants GE Money Bank and J.C. Penney Company, Inc. state the following information:

20 | Defendants GE Money Bank and J.C. Penney Company, Inc. have a financial interest in the

21 | outcome of this case.

22 |

23 |                              SHEA STOKES ROBERTS & WAGNER, ALC

24 |

25 | Dated: July 25, 2008          By:  _____
                                        Maria C. Roberts
26 |                                    Ronald R. Giusso
                                       Attorneys for Defendants
27 |                                    GE Money Bank and J.C. Penney Company, Inc.

28 |

4818-9982-4642.1

NOTICE OF PARTIES WITH FINANCIAL
INTEREST