DOUGLAS JAFFE, ESQ. Bar No. 170354
LAW OFFICES OF DOUGLAS JAFFE
402 West Broadway, 4th Floor
San Diego, California 92101
Telephone: (619) 595-4861
Facsimile: (619) 595-4862

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENA KOZYRA, | Case No.: 08-CV-1344 DMS (RBB)_ |
| Plaintiff, | JURY DEMAND |
| vs. | |
| GE MONEY BANK; et. al., | |
| Defendants. | |

   Plaintiff Helena Kozyra, by and through her undersigned attorneys, pursuant to, without limitation, Rule 81 of the Federal Rules Of Civil Procedure, hereby demands a trial by jury.

Dated: July 28, 2008

LAW OFFICES OF DOUGLAS JAFFE

s/_ Douglas Jaffe_____
Douglas Jaffe
402 West Broadway, 4th Floor
San Diego, California 92101
(619) 595-4861
Douglasjaffe@aol.com

1
_____
Jury Demand

CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to or interested in the within entitled action. My business address is 402 West Broadway, 4th Floor, San Diego, California 92101.

On July 28, 2008, I electronically filed the foregoing

JURY DEMAND

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Maria Roberts, Esq.
Shea Stokes Roberts & Wagner
510 Market Street, 3rd Floor
San Diego, California 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 28, 2008 at San Diego, California.

LAW OFFICES OF DOUGLAS JAFFE

s/ Douglas Jaffe
Douglas Jaffe
402 West Broadway, 4th Floor
San Diego, California 92101
(619) 595-4861
Douglasjaffe@aol.com