1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

11    HELENA KOZYRA,                          CASE NO. 08cv1344 DMS (RBB)

12                              Plaintiff,    **ORDER FOLLOWING**
                vs.                           **TELEPHONIC STATUS**
13                                            **CONFERENCE**
      GE MONEY BANK; J.C. PENNEY
14    COMPANY, INC.; and DOES 1 through 10,
      inclusive,
15
                             Defendants.
16

17         A telephonic status conference with counsel was held on August 12, 2008.  Good cause

18    appearing, IT IS HEREBY ORDERED:

19    1.     Plaintiff shall file a First Amended Complaint no later than **August 19, 2008**.

20    2.     Defendants shall respond to the First Amended Complaint in accordance with the Federal

21    Rules of Civil Procedure and the Local Rules of this Court.

22         **IT IS SO ORDERED**.

23    DATED:  August 12, 2008

24    _____

25    HON. DANA M. SABRAW
      United States District Judge
26
27
28