Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 22 PM 4: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH _____ DEPUTY

HELENA KOZYRA

*Plaintiff*

vs

GE MONEY BANK; J.C. PENNEY COMPANY, INC.; LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, LP; VALENTINE & KEBARTAS, INC.; and COLLECTORS TRAINING INSTITUTE OF ILLINOIS;

*Defendants*

SUMMONS IN A CIVIL ACTION

Case No. 08-CV-1344 DMS (RBB)

On First Amended Complaint

TO: (Name and Address of Defendant)



YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Douglas Jaffe, Esq.
402 West Broadway, 4th Floor, San Diego, California 92101
(619) 595-4861

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

AUG 22 2008
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)