**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>KOZYRA</u> v. <u>GE MONEY BANK</u>                               Case No. <u>08CV1344 DMS(RBB)</u>
                                                         **Time Spent:** _

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>                      <u>Rptr.</u>

                              <u>Attorneys</u>
        <u>Plaintiffs</u>                              <u>Defendants</u>

PROCEEDINGS:   ____  In Chambers   ____  In Court   ____  Telephonic

The early neutral evaluation conference set on October 3, 2008, at 8:30 a.m. is vacated and reset for October 10, 2008, at 2:00 p.m.

DATE: <u>September 3, 2008</u>      IT IS SO ORDERED:  *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Sabraw                      INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\KOZYRA1344\Minutes01.wpd