**AMENDED MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

KOZYRA v. GE MONEY BANK                              Case No. 08CV1344 DMS(RBB)
                                                     **Time Spent:** _

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                           Rptr.

                              Attorneys
        Plaintiffs                              Defendants

PROCEEDINGS: ____ In Chambers     ____ In Court     ____ Telephonic

The early neutral evaluation conference set on October 3, 2008, at 8:30 a.m. is vacated and reset for October 9, 2008, at 2:00 p.m.

DATE: September 3, 2008          IT IS SO ORDERED:  /s/ Ruben Brooks
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Sabraw                          INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\KOZYRA1344\Minutes01.wpd